# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN NAYSNERSKI and wife, SUSAN NAYSNERSKI, <br><br> Plaintiffs, <br><br> v. <br><br> BURNS & WILCOX, LTD.; BURNS & WILCOX INSURANCE SERVICES, LTD d/b/a BURNS & WILCOX, LTD.; CERTAIN UNDERWRITERS at LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER BWD 634856, <br><br> Defendants. | Case No.: **7:20-CV-00042-D** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> (Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiffs, Stephen Naysnerski and Susan Naysnerski, and the Defendants, Burns & Wilcox, LTD, Burns & Wilcox Insurance Services, LTD d/b/a Burns & Wilcox, LTD and Certain Underwriters at Lloyd's London Subscribing to Policy Number BWD 634856, through their undersigned counsel of record, hereby stipulate and agree to voluntarily dismiss with prejudice all claims and defenses asserted, or which could have been asserted, in this action. Each party will bear their own costs and attorneys' fees as incurred.

Respectfully submitted, this the 15th day of January, 2021.

| | |
|---|---|
| CHLEBOROWICZ LAW FIRM, PLLC | WALL TEMPLETON & HALDRUP, P.A. |
| /s/ *Christopher A. Chleborowicz* | /s/ *Brianna H. Walther* |
| Christopher A. Chleborowicz (NCSB #25329) | Brianna H. Walther (NCSB 52443) |
| 720 N. 3rd Street, Suite 201 | 1001 Wade Avenue, Suite 423 |
| Wilmington, NC 28401 | Raleigh, North Carolina 27605 |
| Phone.: (910) 254-1060 | Phone: (919) 865-9500 |
| Email: cac@chrislawfirm.net | brianna.walther@walltempleton.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date specified below, I electronically filed the foregoing "Stipulation of Dismissal With Prejudice" upon the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Christopher A. Chleborowicz
cac@chrislawfirm.net

Submitted this 15th day of January, 2021.

                                                 WALL TEMPLETON & HALDRUP, P.A.

                    By:   /s/ *Brianna H. Walther*
                              Brianna H. Walther

                    *Attorneys for Defendants*